UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS MALDONADO,

    Plaintiff,

v.                                                    CASE NO. 8:16-cv-3336-T-23TGW

CARLISOS
CONSTRUCTION, INC., et al.,

    Defendants.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 6) of voluntary dismissal, this action is **DISMISSED** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on December 30, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE